**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

VERNA AGGIE, THE PRESCHOOL
ACADEMY, INC.,

          Petitioners

        v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF PUBLIC WELFARE,
OFFICE OF CHILD DEVELOPMENT
AND EARLY LEARNING,

          Respondent

: No. 188 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.